

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00751-CV

**IN RE K.J.C., JR. AND J.S.M.**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02668
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's first motion for an extension of time to file the appellant's brief is granted. We order appellant's counsel, Joe Bohac, to file the appellant's brief by December 17, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court